# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY WILLIAM BEVELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  5:15-cv-00976-KOB-JHE |
| ) | |
| SHERIFF BLAKE DORNING, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on January 5, 2017, recommending that this court dismiss this action without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted.  (Doc. 10).  No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation.  Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), the court finds that this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

**DONE** and **ORDERED** this January 30, 2017.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE